**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 4/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANTOS RIVERA, individually and on
Behalf of all others similarly situated,

                           Plaintiff,                           **22-CV-707 (PAE) (KHP)**

         -against-                                          **ORDER**

EASTLAND ASSOC CORP. and BENEDETTO
CUPO, as an individual,

                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the initial case management conference held on April 27, 2022, as a result of Defendants' failure to appear in this action and at the conference, Plaintiff shall request a Certificate of Default for each Defendant by **May 6, 2022**. Plaintiff shall file a status letter by **May 27, 2022**.

      <u>**Plaintiff is directed to serve a copy of this order on the Defendants.**</u>

      **SO ORDERED.**

DATED:     New York, New York
                April 27, 2022

                                                        *Katharine H. Parker*
                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge