**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANTOS RIVERA, individually. and on
Behalf of all others similarly situated,

                         Plaintiff,                         22-CV-707 (PAE) (KHP)

            -against-                         **CASE MANAGEMENT ORDER**

EASTLAND ASSOC CORP. and BENEDETTO
CUPO, as an individual,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed in the November 14, 2022 case management conference, the parties shall file a joint status letter by November 21, 2022 with an update on settlement discussions.

    **SO ORDERED.**

DATED:    New York, New York
                 November 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022