**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

SANTOS RIVERA, individually. and on
Behalf of all others similarly situated,

                        Plaintiff,

       -against-

EASTLAND ASSOC CORP. and BENEDETTO
CUPO, as an individual,

                        Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023

22-CV-707 (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    By April 28, 2023, the parties shall write a joint status letter, updating the Court on the parties' progress with finalizing a settlement agreement.

    **SO ORDERED.**

DATED:    New York, New York
               April 18, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge