```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SANTOS RIVERA, individually. and on
Behalf of all others similarly situated,

                       Plaintiff,

          -against-

EASTLAND ASSOC CORP. and BENEDETTO
CUPO, as an individual,

                      Defendant.
----------------------------------------------------------------X

22-CV-707 (KHP)

**ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Friday, June 16, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

DATED:    New York, New York
              June 2, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge