

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

**Via ECF:**                                                                                    June 29, 2023
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
Courtroom 17D
New York, NY 10007

Re:    **Rivera v. Eastland Assoc Corp., *et al.***
       Civil Docket No.: 22-cv-00707 (KHP)

Dear Judge Parker:

We represent the Plaintiff in the above-referenced matter and we submit this letter to provide the Court with a fully executed revised settlement agreement, which is attached hereto as **Exhibit 1**.

The parties appeared for a Settlement Status Conference on June 16, 2023. Based on the discussion held during the conference, the parties have revised the settlement agreement and re-submit for Court approval. The revised settlement agreement is identical to the previously submitted agreement except for the additional language included in Paragraph 7 (Non-Disparagement).

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

**/s/**
James O'Donnell, Esq.

**CC:** counsel for the Defendants via ECF & Electronic Mail