**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANTOS RIVERA, individually. and on
Behalf of all others similarly situated,

                      Plaintiff,

     -against-                                       22 **CIVIL** 707 (KHP)

                                                           **<u>JUDGMENT</u>**

EASTLAND ASSOC CORP. and BENEDETTO
CUPO, as an individual,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 14, 2024, the motion is GRANTED and JUDGMENT is entered in favor of Plaintiff against Defendants in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000). Defendants shall be jointly and severally liable for this amount.

**Dated:** New York, New York

      November 15, 2024

                                                  **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                          **BY:**        *K. mango*

                                               **Deputy Clerk**